**DANIEL L. HARRALSON, #109322**
THE DANIEL HARRALSON LAW FIRM
A Professional Corporation
P.O. Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320

Attorney for Plaintiffs: JOSE MANZO, JR. and ROSA ESTELLA MANZO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANZO, JR., and ROSA ESTELLA MANZO, <br><br>　　Plaintiffs, <br><br>vs. <br><br>THE UNITED STATES OF AMERICA and DOES 1 TO 20, INCLUSIVE; <br><br>　　Defendants. | Case No. CV-03-6451-AWI-SMS <br><br>**STIPULATION TO CONTINUE PRETRIAL DATES AND ORDER THEREON (CCP §2034)** <br><br>*NOTE: Dates have been changed. <br><br>Trial Date: 01/31/06 <br>Dept. 3 <br>Honorable Anthony W. Ishii |

　　Plaintiff **JOSE MANZO, JR** and **ROSA ESTELLA MANZO**, acting through counsel Attorney **Daniel L. Harralson, The Daniel Harralson Law Firm, A Professional Corporation** and counsel for the Defendant, United States Assistant Attorney, Kristi Kapetan hereby stipulate as follows:

\\\

\\\

\\\

MANZO V. UNITED STATES OF AMERICA
Case Number: CV 06451 AWI-SMS
Stipulation to Continue Pre-Trial Dates
and Order

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1. This stipulation is executed by all parties who have appeared in and are affected by this action;

2. Plaintiff's counsel and experts engaged by counsel have reached a impasse such that designated experts' reports could not be provided prior to the ordered date or later dates stipulated to by counsel.  Counsel for the Defendant has been graciously understanding of the situation and has agreed that dates may be extended so that Plaintiff's counsel may seek, engage and designate new and different experts and thereafter provide expert reports.

| **EXISTING DATES** | **PROPOSED DATES** |
| --- | --- |
| Expert Disclosure: May 27, 2005 | January 3, 2006 * (was 1/2/06) |
| Expert Discovery Cut Off: July 13, 2005 | January 25, 2006 |
| Settlement Conference : November 17, 2005 | February 14, 2006  at 2:00p.m. SMS * (was 2/16/06) |
| Dispositive Motion: July 29, 2005 | February 23, 2006 |
| Pre Trial Conference: December 16, 2005 | April 14, 2006 at 8:30a.m. AWI * (was 4/10/06) |
| Trial : January 31, 2006 | June 27, 2006   at 9:00a.m. AWI* (was 6/26/06) |

*NOTE the following: Parties selected dates that either the Court was closed, unavailable or matters are heard on certain days of the week.

DATED:  November 22, 2005          THE DANIEL HARRALSON LAW FIRM
                                   A Professional Corporation
                                          /s/  **Daniel L. Harralson**

                                   Attorney for Plaintiff(s)

MANZO V. UNITED STATES OF AMERICA
Case Number: CV 06451 AWI-SMS
Stipulation to Continue Pre-Trial Dates
and Order

Page 2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: November 22, 2005 | UNITED STATES ATTORNEY'S OFFICE |
| | /s/ Kristi C. Kapetan |
| | Attorney for Defendant(s) |

**IT IS SO ORDERED**

DATED:  12/7/2005          /s/ Sandra M. Snyder
**JUDGE SANDRA M. SNYDER**
**UNITED STATES DISTRICT COURT**

MANZO V. UNITED STATES OF AMERICA
Case Number: CV 06451 AWI-SMS
Stipulation to Continue Pre-Trial Dates
and Order

Page 3

PDF created with pdfFactory trial version www.pdffactory.com