IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANZO, JR., and ROSA ESTELLA MANZO,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>            Defendant. | CV F 03-6451 AWI SMS<br><br>ORDER VACATING HEARING DATE OF MARCH 6, 2006 AND TAKING MATTER UNDER SUBMISSION |

    Defendant has noticed for hearing and decision a motion for summary judgment. The matter was scheduled for hearing to be held on March 6, 2006. Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than February 21, 2006. Plaintiffs failed to do so.

    Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 6, 2006, is VACATED, and no party shall appear at that time. As of March 6, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   February 24, 2006**            /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE